# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00191-CR

**Marco Antonio Valdez, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT
NO. D-15-0105-SB, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Appellant Marco Antonio Valdez filed a notice of appeal on March 22, 2016. Appellant's counsel requested and received three extensions of time to file appellant's brief. Counsel has now filed a motion seeking an additional extension of time to file the brief.

We grant the motion for extension of time to file appellant's brief and order appellant's counsel, Angela Moore, to file the brief no later than November 21, 2016. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on November 1, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland

Do Not Publish